IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SARAH HOLT                          PLAINTIFF

VS.                          NO. 4:21CV00667 JM

ARKANSAS DEPARTMENT OF AGRICULTURE           DEFENDANT

## ORDER

Pending is the Defendant's motion to dismiss Plaintiff's complaint. (Docket # 3). Plaintiff has filed a response and Defendant has filed a reply. For the reasons stated herein, the motion is DENIED.

Plaintiff, Sarah Holt, filed her Complaint on July 27, 2021 alleging that Defendant, Arkansas Department of Agriculture, violated her rights under the Family Medical Leave Act ("FMLA") by prohibiting her from applying for FMLA leave after she requested unpaid leave following an illness. Defendant argues that Plaintiff failed to state a claim because she failed to allege sufficient facts that would establish entitlement to leave under the FMLA. Specifically, Plaintiff was not entitled to FMLA leave because she did not have a "serious health condition."

Standard of Review

To survive a motion to dismiss under Rule 12(b)(6), "a complaint must contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). A claim is plausible on its face "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Id.* However, courts are "not bound to accept as true a legal

conclusion couched as a factual allegation" and such "labels and conclusions" or "formulaic recitation[s] of the elements of a cause of action will not do." *Id.* (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)) (internal quotation marks omitted). When considering a motion to dismiss under Rule 12(b)(6), the court must accept as true all the factual allegations contained in the complaint and all reasonable inferences from the complaint must be drawn in favor of the nonmoving party. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007); *Young v. City of St. Charles, Mo.*, 244 F.3d 623, 627 (8th Cir. 2001).

## Discussion

Reviewing the Complaint in the light most favorable to the Plaintiff and drawing all reasonable inferences in Plaintiff's favor, the Court finds that Plaintiff has stated a plausible FMLA claim. Plaintiff's Complaint alleges that her need for FMLA leave was necessitated by health issues of her minor children. She claims her sick leave was depleted when her children were sick and required care and that she specifically notified the Defendant that she would be willing to take unpaid leave to care for her minor children during illnesses. Whether Plaintiff can prove that one of her children suffered from a serious health condition and that her absence was attributable to the child's serious health condition is more appropriately analyzed on summary judgment.

IT IS SO ORDERED this 28th day of February, 2022.

_____
James M. Moody Jr.
United States District Judge